PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ANGELA THORNTON-MILLARD, IA 17922
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (816) 936-5079
        E-Mail: angela.thornton-millard@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVONA WILSON,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CIVIL NO. 2:24-cv-00973-EFB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Martin

O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel

of record, that the above-entitled action shall be remanded to the Commissioner of Social

Security for further administrative proceedings.

On remand, the case will be remanded to an administrative law judge who will offer

Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new

decision. The parties further request that the Court direct the Clerk of the Court to enter a final

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

1    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

2  Social Security Act, 42 U.S.C. 405(g).

3

4  Dated:  September 18, 2024                 /s/  Richard Zieman*
                                            RICHARD ZIEMAN
5                                           Attorney for Plaintiff
                                            *Authorized via e-mail on August 29, 2024
6

7                                           PHILLIP A. TALBERT
                                            United States Attorney
8                                           MATHEW W. PILE
                                            Associate General Counsel
9                                           Social Security Administration

10                             By:    /s/ Angela Thornton-Millard
                                            ANGELA THORNTON-MILLARD
11                                          Special Assistant United States Attorney

12
                                            Attorneys for Defendant
13

14

15

16

17                              **ORDER**

18         Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of

19  42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown,

20  **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social

21  Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social

22  Security Act, 42 U.S.C. 405(g).

23  Dated: September 18, 2024

24                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

STIPULATION TO REMAND