RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVONA WILSON, | Case No.: 2:24-cv-00973 EFB |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| vs. | |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security | |
| Defendant | |

Having reviewed the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that:

1. The Stipulation (ECF No. 16) is GRANTED;
2. Pursuant to the term of the Stipulation, EAJA fees are awarded in the amount of Four Thousand Two Hundred and Sixty and 00/100 DOLLARS ($4,260.00).

Dated: September 27, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE